UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

*[signature]*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO. 3:10cr00247<br>)<br>) JUDGE TRAUGER<br>) |
| **[1] THOMAS SCHROEDER,**<br>**[2] JESSICA POTTS** | )<br>)<br>) |
| Defendant. | ) |

## MOTION TO AMEND JUDGMENT
## AND FOR ENTRY OF AN ORDER OF ABANDONMENT

COMES NOW the United States of America, by and through United States Attorney David Rivera, and Assistant United States Attorney Braden Boucek, pursuant to Fed.R.Crim.P. 36, and respectfully submits this motion to amend the judgment entered against Defendant Thomas Schroeder to remove the reference to forfeiture of a 2007 white Dodge pick-up truck with TN tags 161XWC, VIN 1D7HA16P47J580521 (hereinafter identified as "Dodge pick-up") and to instead enter an order of abandonment of said vehicle.

Defendant Thomas Schroeder abandoned his interest in the Dodge Ppick-up in his plea agreement. (D.E. 146: Plea Agreement, 10). Despite this fact, the Judgment entered against him erroneously lists the Dodge pick-up for forfeiture. (D.E. 168: Judgment, 6). The United States is unable to lawfully dispose of the vehicle without an order of abandonment.