UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:10cr00247 |
| v. ) | |
| ) | JUDGE TRAUGER |
| ) | |
| [1] THOMAS SCHROEDER, ) | |
| [2] JESSICA POTTS ) | |
| ) | |
| Defendant. ) | |

## ORDER OF ABANDONMENT

Upon good cause shown, the 2007 white Dodge pick-up truck with TN tags 161XWC, VIN 1D7HA16P47J580521 which has been abandoned by Jessica Potts and Thomas Schroeder is hereby abandoned to the United States Government for further disposition in accordance with law.

**IT SO ORDERED** this  16th day of  December , 2013.

_____
ALETA A. TRAUGER
United States District Court Judge